In the Matter of FRANK J. JAKUBOWSKY (Also Known as FRANK J. JAKUBOWSKI), an Attorney.— Motion denied. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

MASTER ARTS PRODUCTS, INC. and ISADOR SCHWARTZ, Appellants, v. NATIONAL SCREEN SERVICE CORPORATION and Others, Defendants, Impleaded with CHARLES L. CASANAVE and AMERICAN DISPLAY CO., INC., Respondents.— Order, so far as appealed from, denying plaintiffs' motion to strike out the defense designated as the " second partial defense " contained in paragraphs numbered " Twenty-seventh " to " Thirtieth " inclusive, in the answer of the defendants-respondents. upon the ground that it appears on the face of said defense that the same is insufficient in law, unanimously reversed, with twenty dollars costs and disbursements and the motion to strike out said defense granted. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE TRUSTEES OF THE SAILORS' SNUG HARBOR IN THE CITY OF NEW YORK, Appellant, v. M. & H. LASSAW REALTY COMPANY, INC. and Others, Respondents, Impleaded with Others.— Order denying plaintiff's motion for a deficiency judgment against the defendant M. & H. Lassaw Realty Company, Inc., unanimously affirmed, with twenty dollars costs and disbursements to the respondent Louis H. Pink, as Superintendent of Insurance, etc. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of HERMAN S. WHALEY, Respondent, for a Peremptory Mandamus Order or in the Alternative for an Alternative Mandamus Order against ELMER F. ANDREWS, Individually, and as Acting Industrial Commissioner and as Industrial Commissioner of the New York State Department of Labor, Appellant.— Order granting petitioner's motion for an alternative order of mandamus directing defendant to restore petitioner to the place of Superintendent, New York State Department of Labor, Employment Division, Harlem Branch, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.